THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Gerald Brownlee, Appellant.
 
 
 

Appeal from Abbeville County
 James W. Johnson, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-164
Submitted March 3, 2008  Filed March 12,
 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General, of Columbia; and Solicitor Jerry W. Peace, of
 Greenwood, for Respondent.
 
 
 

PER CURIAM: 
 Gerald Brownlee appeals his conviction for larceny, as well as his sentence of ten
 years.  Brownlee contends the trial court made an error in calculating his
 sentence.   After a thorough review of the record and counsels brief pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Brownlees appeal and grant
 counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON, SHORT and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.